# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No.: 15-17283 |
| | ) |
| Daniel Francis Courtney | ) Chapter 7 |
| Randine Ann Courtney | ) |
| | ) Honorable Pamela S. Hollis |
| Debtor(s). | ) (Joliet) |
| | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Trustee hereby withdraws the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION [DOCKET NO. 33] (the "Notice"), and asks that the Notice be stricken from the Court's calendar. The Notice is filed in the incorrect case.

                                                             */s/ Joji Takada*
                                                             Bankruptcy Trustee

Prepared by:

JOJI TAKADA
Takada Law Office, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888